UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

CASE NO. 17-cv-22777-CMA

Freedom Watch, Inc.**,**

    Plaintiff(s),

v.

Response Unlimited, Inc. and Joel Baugher,

    Defendant(s).

_____/

It appearing that the defendant(s) herein, **Response Unlimited, Inc. and Joel Baugher**, [are] in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default [is] hereby entered against defendant(s) Response Unlimited, Inc. and Joel Baugher, as of course, on this date August 22, 2017.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: s/ L. Harris
L. Harris
Deputy Clerk

cc:    Hon. Cecilia M. Altonaga
        Counsel of record
        Response Unlimited, Inc. and Joel Baugher
        284 Shalom Rd., Waynesboro, VA   22980