UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22777-CIV-ALTONAGA/Goodman

**FREEDOM WATCH, INC.**,

    Plaintiff,
v.

**RESPONSE UNLIMITED, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Response Unlimited, Inc., Philip Zodhiates, and Joel Baugher's Motion to Set Aside Clerk's Default [and] for Extension of Time [ECF No. 11], filed August 23, 2017. Plaintiff, Freedom Watch, Inc. filed an Opposition ("Response") [ECF No. 12] on August 23, 2017.

On August 22, 2017, Plaintiff filed a Motion for Entry of Default [ECF No. 8] against Defendants, Response Unlimited, Inc. and Joel Baugher, because they had failed to answer or otherwise respond to the Amended Complaint [ECF No. 7]. That same day, the Clerk entered default against Response Unlimited and Baugher (*see* Clerk's Default [ECF No. 9]), and the Court entered an Order on Default Judgment Procedure [ECF No. 10].

Defendants now move to set aside the Clerk's Default and Order on Default Judgment Procedure and request an extension of time to file a response to the Amended Complaint. (*See generally* Mot.). Defendants explain they did not retain counsel until August 23, 2017 and their "failure to respond to the Amended Complaint was not willful." (Mot. 1). Plaintiff opposes the relief sought by Defendants. (*See generally* Resp.).

CASE NO. 17-22777-CIV-ALTONAGA/Goodman

Courts in this Circuit have a "strong policy of determining cases on their merits" and accordingly "defaults are seen with disfavor." *Fla. Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 11]** is **GRANTED**. Defendants have until **September 8, 2017** to file a response to the Amended Complaint. If Defendants elect to respond with a motion, a combined motion must be filed.

2. The Orders **[ECF Nos. 9, 10]** are **SET ASIDE**. The Clerk of Court is instructed to reinstate Defendants, Response Unlimited, Inc. and Joel Baugher.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2